## NOBLE v. CLELAND, Treasurer.

### S. F. No. 4899; February 19, 1909.

#### 100 Pac. 254.

**Municipal Corporations—Officers—Offices—Creation—Executive Officer.**—The city of Ukiah had power to create the office of "executive officer" by city ordinance, and to fix his salary.

APPEAL from Superior Court, Mendocino County; J. Q. White, Judge.

Action by J. H. Noble against T. M. Cleland, treasurer. Judgment for defendant and plaintiff appeals. Affirmed.

J. W. Preston for appellant; Arthur J. Thatcher for respondent.

PER CURIAM.—This is an action by a taxpayer to enjoin payment of a city warrant issued in payment of the monthly salary of one B. H. Miller as "executive officer" of said city of Ukiah. The office in question was created by an ordinance of the board of trustees of the city. Plaintiff claims that the board had no power to pass the ordinance creating

the office, and hence that it is void. The court below held the ordinance valid, and gave judgment for the defendant. In the case of De Merritt v. Welden, 154 Cal. 545, 16 Ann. Cas. 955, 98 Pac. 537, 671, this court, in bank, considered this question, and declared the ordinance valid.

Upon the authority of that case, the judgment is affirmed.